IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

v.      :      Cr. No. 10-789

ANTONIO ORTIZ      :

### ORDER

AND NOW, this 10th day of July, 2015, upon consideration of the Defendant's Pro Se Motion for a Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and the government's response thereto, it is hereby

### ORDERED

that the motion is **DENIED** for the reasons set forth in the government's response.

BY THE COURT:

HON. R. BARCLAY SURRICK
United States District Court Judge

7/10/15 Faxed to: AUSA   Mailed to: Defender Defendant